UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDLEY GAYLE,<br><br>    Plaintiff,<br><br>  vs.<br><br>NATIONAL RAILROAD PASSENGER CORP., T.C. JOHNSON COMPANY, TRANSPORTATION RESOURCES INC., MITCHELL EQUIPMENT CORPORATION, CRESCENT CONTRACTING, INC., STV INCORPORATED, HATCH MOTT MACDONALD, INCORPORATED STV/HMM, TEREX CORPORATION, KOEHRING CRANES, INC. dba TEREX CRANES WAVERLY TEREX CRANES, INC., and ATLANTIC CRANE INSPECTION SERVICES INC.<br><br>    Defendants. | Civil Action No.: 06 Civ 6956 (PAC)(GWG)<br><br>**ECF CASE**<br><br>Related Cases:<br>06-Civ-6195<br>06-Civ-6196 |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Richard E. Snyder, dated July 15, 2009 the exhibits attached thereto, the accompanying Memorandum of Law, dated July 15, 2009 and all prior pleadings and proceedings in this action, defendant Atlantic Crane Inspection Services, Inc. ("Atlantic") will move before this Court on a date to be determined by the Court before the Honorable Paul A. Crotty, United States District Judge, United States District Court, 500 Pearl Street, New York, New York, 1007, pursuant to Rule 56.1(c) of the Federal Rules of Civil Procedure for an Order granting summary judgment dismissing all claims against Atlantic.

**PLEASE TAKE FURTHER NOTICE** that responding papers, if any, are to be served no later than August 27, 2009.

Dated: July 15, 2009

                                           *Richard E. Snyder* (signature)
                                           RICHARD E. SNYDER, ESQ.
                                           **MORGAN MELHUISH ABRUTYN**
                                           651 West Mount Pleasant Avenue
                                           Suite 200
                                           Livingston, New Jersey 07039
                                           Attorneys for Defendant
                                           ATLANTIC CRANE INSPECTION
                                           SERVICES, INC.
                                           (RES 9998)

## TO:

LAW OFFICES OF MICHAEL FLYNN, P.C.
1205 Franklin Avenue
Garden City, New York 11530
Attn.: Michael Flynn, Esq.
**Attorneys for Plaintiffs, ADORNETTI and VITALE**

McELDREW & FULLAM, P.C.
The Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Attn.: James J. McEldrew III, Esq.
**Attorneys for Plaintiff, GAYLE**

LANDMAN, CORSI, BALLAINE & FORD P.C.
120 Broadway-27th Floor
New York, New York 10271-0079
Attn.: Ronald E. Joseph, Esq.
**Attorneys for Defendant/Third-Party Plaintiff
NATIONAL RAILROAD PASSENGER CORP.**

WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP
150 East 42nd Street
New York, New York 10017-5639
Attn.: Eugene T. Boule, Esq.
File No. 06294.00238
**Attorneys for Defendant
MITCHELL EQUIPMENT CORPORATION**

MELITO & ADOLFSEN, P.C.
233 Broadway
New York, New York 10279
Attn.: Robert Ely, Esq.
**Attorneys for Third-Party Defendant
HATCH MOTT MACDONALD**

LONDON FISCHER, LLP
59 Maiden Lane
New York, New York 10038
Attn.: Brian A. Kalman, Esq.
**Attorneys for Third-Party Defendants
STV INCORPORATED and STV/HTM**

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad Street
New York, New York 10271
Attn.: Scott Haworth, Esq.
**Attorneys for Defendant**
**TRANSPORTATION RESOURCES**

HOFFMAN & ROTH, LLP
325 Broadway – Suite 502
New York, New York 10007
Attn.: James A. Roth, Esq.
**Attorneys for Defendant**
**CRESCENT CONTRACTING, INC.**

GALLAGHER, WALKER, BIANCO
 & PLASTARAS, ESQ.
98 Willis Avenue
Mineola, New York 11501
Attn.: Robert J. Walker, Esq.
**Attorneys for Defendants**
**TEREX CORPORATION, KOEHRING CRANES, INC.**
**d/b/a TEREX CRANES WAVERY and TEREX CRANES, INC.**