UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDLEY GAYLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORP., T.C. JOHNSON COMPANY, TRANSPORTATION RESOURCES INC., MITCHELL EQUIPMENT CORPORATION, CRESCENT CONTRACTING, INC., STV INCORPORATED, HATCH MOTT MACDONALD, INCORPORATED STV/HMM, TEREX CORPORATION, KOEHRING CRANES, INC. dba TEREX CRANES WAVERLY TEREX CRANES, INC., and ATLANTIC CRANE INSPECTION SERVICES INC.<br><br>　　　　　Defendants. | **Civil Action No.: 06 Civ 6956 (PAC)(GWG)**<br><br>**ECF CASE**<br><br>Related Cases:<br>06-Civ-6195<br>06-Civ-6196 |

**CERTIFICATION OF SERVICE**

I hereby certify that on July 15, 2009, I served via Electronic Filing the within **NOTICE OF MOTION FOR SUMMARY JUDGMENT, DEFENDANT'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS, BRIEF IN SUPPORT OF DEFENDANT ATLANTIC CRANE'S SUMMARY JUDGMENT MOTION; DECLARATION OF RICHARD E. SNYDER, ESQ. IN SUPPORT OF ATLANTIC CRANE'S MOTION FOR SUMMARY JUDGMENT** (with exhibits), **and Certification of Service** in the above entitled case upon:

And one copy of same via Federal Express Overnight Delivery to:

The Honorable Gabriel Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

535486　　　　　　　　　　　　　　　　1

The Honorable Paul A. Crotty
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10018

LAW OFFICES OF MICHAEL FLYNN, P.C.
1205 Franklin Avenue
Garden City, New York 11530
Attn.: Michael Flynn, Esq.
**Attorneys for Plaintiffs, ADORNETTI and VITALE**

McELDREW & FULLAM, P.C.
The Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Attn.: James J. McEldrew III, Esq.
**Attorneys for Plaintiff, GAYLE**

LANDMAN, CORSI, BALLAINE & FORD P.C.
120 Broadway-27th Floor
New York, New York 10271-0079
Attn.: Ronald E. Joseph, Esq.
**Attorneys for Defendant/Third-Party Plaintiff**
**NATIONAL RAILROAD PASSENGER CORP.**

WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP
150 East 42nd Street
New York, New York 10017-5639
Attn.: Eugene T. Boule, Esq.
File No. 06294.00238
**Attorneys for Defendant**
**MITCHELL EQUIPMENT CORPORATION**

MELITO & ADOLFSEN, P.C.
233 Broadway
New York, New York 10279
Attn.: Robert Ely, Esq.
**Attorneys for Third-Party Defendant**
**HATCH MOTT MACDONALD**

LONDON FISCHER, LLP
59 Maiden Lane
New York, New York 10038

535486                                   2

Attn.: Brian A. Kalman, Esq.
**Attorneys for Third-Party Defendants**
**STV INCORPORATED and STV/HTM**

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad Street
New York, New York 10271
Attn.: Scott Haworth, Esq.
**Attorneys for Defendant**
**TRANSPORTATION RESOURCES**

HOFFMAN & ROTH, LLP
325 Broadway – Suite 502
New York, New York 10007
Attn.: James A. Roth, Esq.
**Attorneys for Defendant**
**CRESCENT CONTRACTING, INC.**

GALLAGHER, WALKER, BIANCO
  & PLASTARAS, ESQ.
98 Willis Avenue
Mineola, New York 11501
Attn.: Robert J. Walker, Esq.
**Attorneys for Defendants**
**TEREX CORPORATION, KOEHRING CRANES, INC.**
**d/b/a TEREX CRANES WAVERY and TEREX CRANES, INC.**

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_Ellasara Kling_
Ellasara Kling

DATED: July 15, 2009

535486        3